FILED
APR 3 . 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JONICK FRANZ LARSEN,<br>Defendant. | Criminal Case No. '08 CR 1331 LAB<br>I N F O R M A T I O N<br>Title 18, U.S.C., Sec. 1029(a)(2) - Credit Card Fraud |

The United States Attorney charges:

Count 1

Between on or about August 3, 2007, to and including on or about August 5, 2007, within the Southern District of California, defendant JONICK FRANZ LARSEN, knowingly and with intent to defraud used one or more unauthorized access devices, specifically, credit card account numbers that had been stolen or obtained with intent to defraud, and by such conduct obtained and attempted to obtain anything of value aggregating $1,000 or more during that period, to wit, tickets to the San Diego Padres baseball games on August 4 and August 5, 2007, against the San Francisco Giants, purchased by the defendant through

the San Diego Padres web site and causing loss to the San Diego Padres of approximately $15,529.80; in violation of Title 18, United States Code, Sections 1029(a)(2) and (c)(1)(A)(i).

Dated: April 24, 2008

KAREN P. HEWITT
United States Attorney

By: [signature]
MITCHELL D. DEMBIN
Assistant U. S. Attorney