UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

JONICK FRANZ LARSEN

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1331-LAB

I, JONICK FRANZ LARSEN, the above-named defendant, who is accused of committing the felony offense of Credit Card Fraud between on or about August 3, 2007, and August 5, 2007, in violation of Title 18, United States Code, Section 1029(a)(2); being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on , prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Dated: 4/8/08

JONICK FRANZ LARSEN
Defendant

JESSE M. MALLINGER, ESQ.
Attorney for Defendant

Before:

HONORABLE
United States Magistrate Judge

FILED
APR 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA