# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Jonick Franz Larsen )

CASE NUMBER 08CR1331-LAB

ABSTRACT OF ORDER

Booking No.________________

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of April 30, 2008

the Court entered the following order:

________ Defendant be released from custody.

________ Defendant placed on supervised / unsupervised probation / supervised release.

________ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

________ Defendant released on $________ bond posted.

✓ Defendant appeared in Court. FINGERPRINT & RELEASE.

________ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

________ Defendant sentenced to TIME SERVED, supervised release for _____ years.

________ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court: _____ dismissing appeal filed.

________ Bench Warrant Recalled.

________ Defendant forfeited collateral.

________ Case Dismissed.

________ Defendant to be released to Pretrial Services for electronic monitoring.

✓ Other. Dft. to post $25,000 P/S Bond W/in 10 Days.

[signature]
UNITED STATES MAGISTRATE JUDGE

OR

Received [signature] Larson
DUSM

by

Deputy Clerk

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY