# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Jonick Franz Larsen )

CASE NUMBER 08CR1331-LAB

ABSTRACT OF ORDER

Booking No.________________

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of May 8, 2008

the Court entered the following order:

________ Defendant be released from custody.

________ Defendant placed on supervised / unsupervised probation / supervised release.

________ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

________ Defendant released on $________ bond posted.

________ Defendant appeared in Court. FINGERPRINT & RELEASE.

✓ Defendant remanded ~~and ( ______ bond) ( ______ bond on appeal) exonerated.~~

________ Defendant sentenced to TIME SERVED, supervised release for______ years.

________ c.c. judgment Court of Appeals ( ______ affirming) ( ______ reversing) decision of this Court:

______dismissing appeal filed.

________ Bench Warrant Recalled.

________ Defendant forfeited collateral.

________ Case Dismissed.

________ Defendant to be released to Pretrial Services for electronic monitoring.

✓ Other. Dft. self-surrender during the Pendency of the proceedings

NITA L. STORMES

UNITED STATES MAGISTRATE JUDGE

OR

Received [signature] DUSM

by [signature] Deputy Clerk

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY